## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**RODNEY LOVETT,**
        **Petitioner,**

**vs.**                                                    **CASE NO.:  3:03cv370/RV/MD**

**JAMES V. CROSBY,**
        **Respondent.**

_____

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 14, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The Title 28 U.S.C. § 2254 amended petition for writ of habeas corpus (doc. 4), challenging the conviction and sentence in *State of Florida v. Rodney Earl Lovett* in the Circuit Court of Escambia County, Florida, case no. 99-4462, is DENIED and the clerk is directed to close the file.

DONE AND ORDERED this 10th day of August, 2005.


                                        **/s/** *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**